**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JAMES JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CASE NO. 4:07cv490 |
| v. | § | |
| | § | |
| U.S. DISTRICT COURT EASTERN | § | |
| DISTRICT OF TEXAS, ET AL., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF**
**THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On November 15, 2007, the Magistrate Judge entered proposed findings of fact and recommendations finding that this case should be dismissed without prejudice.

Having received the report of the United States Magistrate Judge, and no objections to it having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.  Therefore, this case is dismissed without prejudice.

**IT IS SO ORDERED.**

**SIGNED this 27th day of December, 2007.**

_Michael Schneider_
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE